IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT TADDEI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE TROOPER CORPORAL BIJAN RASTEGARPANAH | : | NO. 25-303 |
| | : | |

ORDER

AND NOW, this 14th day of September 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant to dismiss plaintiff's claims in Counts I and II against defendant in his official capacity (Doc. #23) is GRANTED for lack of subject matter jurisdiction;

(2) the motion of defendant for summary judgment on plaintiff's claim in Count II of the Complaint against defendant in his individual capacity (Doc. #23) is GRANTED;

(3) the motion of defendant for summary judgment on plaintiff's state law claims in Counts III, IV and V of the Complaint (Doc. #23) is GRANTED;

(4) the motion of defendant to dismiss Count I of the Complaint against defendant in his individual capacity on the ground of qualified immunity (Doc. #23) is DENIED; and

(5) the motion of defendant for summary judgment on Count I of the Complaint against defendant in his individual capacity (Doc. #23) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.